USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edwin Altemar Perez,

          Plaintiff,

-against-

Commissioner of Social Security,

          Defendant.

1:21-cv-06580 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

No later than April 22, 2022 at 5:00 p.m., Defendant Commissioner of Social Security shall file any response to Plaintiff's motion for an extension of time to file Plaintiff's motion for judgment on the pleadings. (*See* ECF No. 15.)

SO ORDERED.

Dated:    New York, New York
          April 21, 2022

_____
STEWART D. AARON
United States Magistrate Judge