UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN ALTEMAR PEREZ,

                Plaintiff,                   21 **CIVIL** 6580 (JGK)

     -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 4, 2022, that this action he, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and a new decision.

**Dated:**  New York, New York
         October 4, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                       **BY:**     *K. Mango*

                                                        **Deputy Clerk**